AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Richard Zletz

V.

Unum Life Insurance Company of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11507

JUDGE BAER

TO: (Name and address of Defendant)

Unum Life Insurance Company of America
2211 Congress Street
Portland, ME 04122

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Scherzer, Esq.
7 Dey Street, Suite 600
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Jessica Doss_ (signature)

(By) DEPUTY CLERK

DATE: DEC 21 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

Richard Zletz                                                                                                    07 CV 11507
                                    against                              Plaintiff(s)
UNUM Life Insurance Company of America
                                                                                  Defendant(s)

RE : UNUM Life Insurance Company of America

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on January 2, 2008 at New York, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

    Mark Scherzer, Esq.
    Attorney at Law
    7 Day Street, Suite 600
    New York, New York 10007

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    Legal Department
    UNUM Life Insurance Company of America
    2211 Congress Street
    Portland, Maine 04122

                                                         *Clark J. Williams*
                                                         by Clark J. Williams
                                                         Special Deputy Superintendent

Dated Albany, New York, January 04, 2008
Defendant letter was certified at the Albany Post Office on Monday,
January 07, 2008 at 1 :30 P.M. by Cynthia LaPoint
425425        C.A.#189072