UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                :
RICHARD ZLETZ                                   :   07 Civ. 11507 (HB) (RLE)
                                                :   ECF Case
            Plaintiff,                          :
                                                :   **STIPULATION**
      – against –                               :
                                                :
UNUM LIFE INSURANCE COMPANY OF                  :
AMERICA,                                        :
                                                :
            Defendant.                          :
                                                :
------------------------------------------------------------------------x

   PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for

defendant, Unum Life Insurance Company of America, and requests that copies of all further papers

filed in this action be served on the undersigned at the address set forth below.

Dated:    Bronxville, New York
          January 22, 2008

                                    BEGOS HORGAN & BROWN LLP


                                    By: S/ Patrick W. Begos
                                          Patrick W. Begos (PB4372)
                                    Attorneys for Defendant
                                    7 Pondfield Road
                                    Bronxville, NY 10708
                                    (914) 961-4441