JAN 23 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RICHARD ZLETZ

               Plaintiff,

       - against -

UNUM LIFE INSURANCE COMPANY OF AMERICA,

               Defendant.

-----------------------------------------------------------x

07 Civ. 11507 (HB) (RLE)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, between undersigned counsel, that the time for Unum Life Insurance Company of America to respond to the complaint in this action shall be extended to and including February 21, 2008

Dated:    Bronxville, New York
            January 23, 2008

BEGOS HORGAN & BROWN LLP

By: _____
    Patrick W. Begos (PB4372)
Attorneys for Defendant
7 Pondfield Road
Bronxville, NY 10708
(914) 961-4441

SO ORDERED
_____
U.S.D.J.   1/25/08

S/ Mark Scherzer /PWB
_____
MARK SCHERZER, ESQ. (MS2622)
Attorney for Plaintiff
7 Dey Street, Suite 600
New York, NY 10007
(212) 406-9606

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08