UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                                                          :

RICHARD ZLETZ,                                          :

                                                                                          :    07 civ 11507 (HB)(RLE)

                                     Plaintiff,         :

                                                                                          :    **RULE 7.1 STATEMENT**

                – against –                           :

UNUM LIFE INSURANCE COMPANY OF     :
AMERICA,

                                    Defendant.    :
------------------------------------------------------------------------ x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, First Unum Life Insurance Company ("First Unum"), which plaintiff has incorrectly sued here as Unum Life Insurance Company of America ("Unum America"), by its attorneys, certifies that First Unum and Unum America are each wholly owned subsidiaries of Unum Group. Securities in Unum Group are publicly held.

Dated: Bronxville, New York
         March 13, 2008

                                                                      BEGOS   HORGAN   &   BROWN   LLP

                                                                       By: _____
                                                                            Patrick W. Begos (PB4372)
                                                                  Attorneys for First Unum Life Ins. Co.
                                                                7 Pondfield Road
                                                                Bronxville, NY 10708
                                                                (914) 961-4441