RECEIVED
MAR 2008
H．．．
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RICHARD ZLETZ,

    Plaintiff,  :  07 CIV 11507 (HB) (RLE)

 -against-

UNUM LIFE INSURANCE COMPANY :  **STIPULATION**
OF AMERICA,

    Defendant.
------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED between undersigned counsel, that the time for plaintiff Richard Zletz to reply to the Conditional Counterclaim in this action shall be extended to and including April 2, 2008.

Dated:  New York, New York
    March 19, 2008

By: _____   By: _____
Mark Scherzer, Esq. (MS2622)    Patrick W. Begos, Esq. (PB4372)
Attorneys for the Plaintiff     Attorneys for Defendant
7 Dey Street, Suite 600      7 Pondfield Road
New York, NY 10007      Bronxville, NY 10708
(212) 406 – 9606       (914) 961 – 4441

SO ORDERED,

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08